**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,    )
    )
             Plaintiff,    )
    )
    vs.    )    No.  4:19-CR-00175-01-BCW
    )
TERRY L. BRIGGS,    )
    )
             Defendant.    )

## <u>ACCEPTANCE OF PLEA OF GUILTY AND</u><br><u>ADJUDICATION OF GUILT</u>

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to the one-count Superseding Indictment filed on November 13, 2019, is now <u>Accepted</u> and the Defendant is <u>Adjudged Guilty</u> of such offense.   Sentencing will be set by subsequent Order of the Court.

 

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT

Date:  <u>December 10, 2019, 2019</u>